UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 08504
   DANIEL P LALOND JR
   ELIZABETH A LALOND                       CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2095     SSN XXX-XX-3381
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/09/07 .

2. The case was dismissed without confirmation, 10/26/2007.

3. The Debtor paid a total of $ 2950.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | NOT FILED | .00 | .00 |
| NEW CENTURY MORTGAGE COR | CURRENT MORTG | .00 | .00 | .00 |
| TOYOTA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PAYPAL | UNSECURED | NOT FILED | .00 | .00 |
| PIPELINE DATA PROCESSING | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PEKLAY SURVEYING CO LTD | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00          .00          .00          .00          .00
PRINCIPAL PAID                  .00          .00          .00          .00          .00
INTEREST PAID                   .00          .00          .00          .00          .00
TOTAL PAID                      .00          .00          .00          .00          .00
The Debtor's attorney, FELD & KORRUB LLC              , was allowed $         .00
and was paid $           .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $    2950.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/14/07                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```